UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

────────────────

UNITED STATES OF AMERICA,

       Plaintiff,                     Case No. 1:25-cr-100

v.                                        Hon. Hala Y. Jarbou
                                             Chief United States District Judge

LEO CHARLES BERRY,

       Defendant.
_____/

## ORDER

This matter is before the Court on the Defendant's Motion for Leave to File Defendant's *Amended* Motion to Suppress, Requesting Oral Argument, One Day Out of Time. The Court, being fully advised in the premises orders as follows:

**IT IS ORDERED** that Defendant's Motion (ECF No. 29) is **GRANTED.**

Dated: October 30, 2025                     /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                               Chief United States District Judge